# Exhibit 7.1

Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. Google ("Defendant")

| Claims | Evidence |
|---|---|
| 20. A method of processing requests, comprising: | The Google customer service platform performs a method of processing requests.<br><br>For example, the customer service platform performs a method of connecting requests for assistance, made by callers, to agents that provide the assistance.<br><br>**Help and support**<br>Have questions or need to report an issue with a Google product or service? We've got you covered.<br>[Get support]<br><br>Source: https://about.google/contact-google/<br><br>**Contacting Google Support via Phone Call**<br>According to Google, you can contact Google customer support via phone by dialing **1-866-2-Google (1-866-246-6453) / 1-650-955-6653**. This allows you to talk directly to a live person and can be used for any problem related to Google's product suite.<br><br>Source: https://www.podium.com/article/how-to-contact-google-customer-service/ |

1

|  | The digits offered on Google's **main contact page** usually redirects callers to their websites for answers. If you'd like to try it, dial **650-253-0000** during PST office hours. |
|---|---|
|  | Source: https://www.podium.com/article/how-to-contact-google-customer-service/ |
|  | **You Might Be Able to Email Google** |
|  | Similar to phone calls, contacting Google by email is a lot easier if you're a business or a paying customer. Both Google Business Profile and Google Ads provide forms that users can fill out to send messages directly to Google customer support. These are not feedback forms, so you should receive a response shortly afterward. |
|  | Source: https://www.podium.com/article/how-to-contact-google-customer-service/ |
| estimating at least one content-specific or requestor-specific characteristic associated with each received request; | The Google customer service platform estimates a content-specific or a requestor-specific characteristic associated with each received request. For example, the customer service platform uses information provided by the caller, such as through interactive voice responses, email and chatbots to determine the nature of the call. |
|  | **Get support and ask a Google expert** Sorry, but only users with a Google One plan can contact Google Experts for help. If you'd like to learn more about Google One, visit the Help Centre or get a Google One membership. As a Google One member, you can talk to experts when you need help with a Google product. You can contact them via chat, a phone call or email. Either in the app or on the website, in the 'Language selector', you can choose the right language for you. |

| | |
|---|---|
| | Source: https://support.google.com/googleone/answer/9269729?hl=en-AU&co=GENIE.Platform%3DDesktop#:~:text=preferred%20support%20language-,On%20your%20computer%2C%20go%20to%20Google%20One.,click%20Save%20support%20language%20preference.<br><br><br><br>Source: https://one.google.com/faq/google-experts?hl=en_GB |

| | |
|---|---|
| | 
Source: https://accounts.google.com/signin/recovery/lookup

Source: https://www.podium.com/article/how-to-contact-google-customer-service/ |
| determining | The Google customer service platform determines the availability of multiple |

| | |
|---|---|
| availability of a plurality of alternate target resources, each respective target resource having at least one respective target characteristic; | alternate target resources, each of which has a target characteristic.<br><br>For example, the customer service platform determines agents that are available to handle the call based, at least in part, on the current availability and skill set of each agent (e.g. language).<br><br>**Get support and ask a Google expert**<br><br>Sorry, but only users with a Google One plan can contact Google Experts for help.<br><br>If you'd like to learn more about Google One, visit the Help Centre or get a Google One membership.<br><br>As a Google One member, you can talk to experts when you need help with a Google product. You can contact them via chat, a phone call or email.<br><br>Either in the app or on the website, in the 'Language selector', you can choose the right language for you.<br><br>Source: https://support.google.com/googleone/answer/9269729?hl=en-AU&co=GENIE.Platform%3DDesktop#:~:text=preferred%20support%20language-,On%20your%20computer%2C%20go%20to%20Google%20One.,click%20Save%20support%20language%20preference.<br><br>**Contacting Google Support via Phone Call**<br><br>According to Google, you can contact Google customer support via phone by dialing **1-866-2-Google (1-866-246-6453) / 1-650-955-6653**. This allows you to talk directly to a live person and can be used for any problem related to Google's product suite.<br><br>Source: https://www.podium.com/article/how-to-contact-google-customer-service/ |

> The digits offered on Google's **main contact page** usually redirects callers to their websites for answers. If you'd like to try it, dial **650-253-0000** during PST office hours.

Source: https://www.podium.com/article/how-to-contact-google-customer-service/

> **Google has a customer service number you can call, though it's largely automated.**

Source: https://www.businessinsider.com/guides/tech/how-to-contact-google-support?IR=T

> **Does Google Have Customer Support?**
> First off, it's important to know that Google has different customer support options for each of its products. So, if you're using Gmail, you'll have a different experience than if you're using Google Docs. If you're a business user, you'll have a different experience than if you're a private user.

Source: https://www.ask.com/news/explainer-24-hour-google-customer-support

> If you do need to speak to a live person, you can usually do so by phone or live chat. If it's a less urgent matter, you can also fill out a contact form and wait for Google's customer support team to get back to you. However, wait times can be long, so it's generally best to try the online resources first.

Source: https://www.ask.com/news/explainer-24-hour-google-customer-support

6

| | |
|---|---|
| evaluating, with at least one automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictivemultivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources; and | The Google customer service platform evaluates, with an automated processor, multiple alternate allocations of the received request with different available targets. The evaluation is done according to a ranking that is dependent on a probabilistic predictive multivariate evaluator. The evaluator is based on the content-specific or requestor-specific characteristic, and the respective target characteristic of the multiple alternate target resources.<br><br>For example, the customer service platform uses the nature of the call and the availability and skill set of the agents to determine which possible allocation of the call to a given agent will have the best likelihood of a positive outcome for the caller.<br><br>**How to contact Google by phone**<br><br>You can call Google customer support at **650-253-0000**. The number leads to an operator service called "the Googleplex" that is based at Google's headquarters in Mountain View, California.<br><br>Calling the number will take you to an automated menu that will walk you through a series of other menus. Most of the time, the end result of your call will be a voice recording telling you which webpage to visit to try to resolve your issue. In some instances, you may be connected to a human customer service representative.<br><br>Source: https://www.businessinsider.com/guides/tech/how-to-contact-google- |

| | support?IR=T<br><br>*Get support and ask a Google expert*<br>*Sorry, but only users with a Google One plan can contact Google Experts for help.*<br>If you'd like to learn more about Google One, visit the Help Centre or get a Google One membership.<br>*As a Google One member, you can talk to experts when you need help with a Google product. You can contact them via chat, a phone call or email.*<br>*Either in the app or on the website, in the 'Language selector', you can choose the right language for you.*<br><br>Source: https://support.google.com/googleone/answer/9269729?hl=en-AU&co=GENIE.Platform%3DDesktop#:~:text=preferred%20support%20language-,On%20your%20computer%2C%20go%20to%20Google%20One.,click%20Save%20support%20language%20preference.<br><br>*Agent Assist uses machine learning technology to provide suggestions to your human agents when they are in a conversation with a customer. Suggestions are based on your own uploaded data and therefore can be tailored to your specific business needs. Agent Assist also has multiple features that you can use to provide different types of suggestions and fine tune the suggested content that is provided to your agents. For example, you can configure suggestions using the Smart Reply feature. Each time an end-user asks a question, Agent Assist can provide suggested responses to the human agent.*<br><br>Source: https://cloud.google.com/agent-assist/docs#:~:text=Agent%20Assist%20%20uses%20machine%20learning,to%20your%20specific%20business%20needs. |
|---|---|

| | |
|---|---|
| | Google experts are available wherever Google One is available, and the level of support depends on the language. We are working on expanding our Google experts team to make sure that all of your questions are answered.<br><br>Source: https://one.google.com/faq/google-experts?hl=en_GB |
| generating a control signal, by the at least one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | The automated processor of the Google customer service platform generates a control signal to control the allocation of the received request with the different available targets. Generation of the control signal is selectively dependent on the evaluation result.<br><br>For example, the customer service platform generates a control signal to connect the call with the agent who is most likely to result in a positive outcome for the caller in view of other factors such as overall throughput of the customer service platform and the priority and requirements of other concurrent calls.<br><br>Google One experts are trained by Google to help answer your questions about Google products and services.<br><br>Source: https://one.google.com/faq/google-experts?hl=en_GB |

> **Call Routing**                                          Send feedback
>
> **API Direct Access Point for IVR Calls**
>
> Overview
>
> Direct Access Points allow you to direct voice calls to a specific queue in the IVR queue structure. The API Direct Access Point (DAP) allows for routing logic to be implemented directly from an API source that can be outside of your CRM. The request is processed via JSON in order to route calls to a specific queue based on the phone number (ANI) of the caller. POST and GET HTTP request methods are supported. Unlike other DAP options, "AND" logic can be used with multiple key/value pairs.

Source: https://cloud.google.com/contact-center

> Google experts are available wherever Google One is available, and the level of support depends on the language. We are working on expanding our Google experts team to make sure that all of your questions are answered.

Source: https://one.google.com/faq/google-experts?hl=en_GB

> If you do need to speak to a live person, you can usually do so by phone or live chat. If it's a less urgent matter, you can also fill out a contact form and wait for Google's customer support team to get back to you. However, wait times can be long, so it's generally best to try the online resources first.

Source:  https://www.ask.com/news/explainer-24-hour-google-customer-support