# Exhibit 8.1

**Infringement Claim Chart for U.S. Pat. No. US10491748B1 v. Google ("Defendant")**

| Claim11 | Evidence |
|---|---|
| 11. A method for assigning communications, comprising: | The Google customer service platform performs a method for assigning communications.<br><br>For example, the Google customer service platform assigns incoming calls (including SMS and live chats) to call center agents.<br><br><br><br>Source: Contact Us \| Google Cloud |

| | |
|---|---|
| | • Manage multiple channels without pivoting across voice, SMS, and chat support; |
| | Source: Google Cloud Blog |
| receiving a plurality of respective communications for association with a respective resource selected from a plurality of resources; | The Google customer service platform receives multiple respective communications that are to be associated with a respective resource selected from multiple resources.<br><br>For example, the Google customer service platform receives multiple incoming calls (e.g. including phone calls, SMS and live chats) from customers requesting support or information. Each incoming call is to be assigned, by the customer service platform, to a call center agent who can help the customer with the customer's request.<br><br>Source: Contact Us \| Google Cloud |

| | |
|---|---|
| | • Manage multiple channels without pivoting across voice, SMS, and chat support; <br><br> Source: Google Cloud Blog |
| identifying a plurality of resources available for association with a respective communication and capable of handling the respective communication, each available resource having a limited quantitative capacity for association with multiple communications and an availability state; | The Google customer service platform identifies multiple resources that are available for association with a respective communication and are capable of handling the respective communication. Each available resource has a limited quantitative capacity for association with multiple communications and an availability state. <br><br> For example, the Google customer service platform uses one or more of interactive voice response (e.g. language), caller identification (e.g. user account profile) and customer relationship management information to determine the nature of a call and thereby, the required skill of a call center agent to handle the call. Based on the required skill set, the customer service platform identifies call center agents (i.e. resources) who possess the skill set and are therefore capable of handling the call. Those identified agents who are immediately, or will soon be, available to handle the call are deemed by the customer service platform to be available to handle the call. Each call center agent is typically handling only one call at any moment but can be assigned to multiple calls that are waiting in a queue, the size of which is dependent on various factors (e.g. call volume during peak season). <br><br>  |

Source: Support Hub | Google Cloud

**Contact Center AI (CCAI) Platform**

Delight your customers while lowering your costs with a turnkey omnichannel contact center native to the cloud.

A Contact Center as a Service (CCaaS) solution that offers security and privacy, along with unified data.

**Provides intelligent customer experience across channels and devices**

Manage multiple channels, large volume of interactions, complexity of interactions and agent workforce challenges all in a single platform.

**Multimodal, omnichannel customer experience**

Web and mobile SDKs (iOs and Android) embed the support experience across all channels (VoIP) via WebRTC and PSTN, chat, and SMS for consistent customer experience across all devices.

**Reduce costs by improving operational efficiency**

Platform simplification enables reduction in agent training time, turning agents from a cost center to revenue generators faster. One system of record to action insights, makes agent productivity higher.

**AI-Driven Routing**

AI powered operations for contact deflection, predictive routing, agent productivity and operational efficiency. Reduce handle time by providing deep interaction context and turn-by-turn guidance on the conversation flow based on customer intent.

Decrease interaction volume with predictive AI driven routing. Agents are enabled with insights and can respond faster with automated responses using Contact Center AI building blocks.

Source: Contact Center AI (CCAI) Platform | Google Cloud

- Provide customers with self-service via web or mobile interfaces using Visual Interactive Voice Response (IVR).

- Predict customer needs and route calls appropriately with AI-driven routing, based on both historical CRM data and real-time interactions;

All of these factors are why today, we're announcing Google Cloud Contact Center AI Platform, an expansion to Contact Center AI that offers an out-of-box, end-to-end solution for the contact center. It brings together the advantages of AI, cloud scalability, multi-experience capabilities, and tight integration with customer relationship management (CRM) platforms to unify sales, marketing, and support teams around data across the customer journey.

| | |
|---|---|
| | The addition of Contact Center AI Platform provides your partners the ability to integrate with Contact Center AI, so you can enjoy a more seamless experience operating your customer service center, with a complete view of the customer in a single workspace that includes real-time AI intelligence, native agent call controls, and real-time call transcription. For example, we are expanding our partnership with Salesforce to integrate Contact Center AI with Service Cloud Voice to deliver a unified Service Cloud agent console and Customer 360.<br><br>Source: Google Cloud Blog |
| calculating a respective score associated with each available resource dependent on the availability state of a respective available resource; | The Google customer service platform calculates a respective score associated with each available resource dependent on the availability state of a respective available resource.<br><br>For example, for each available agent, the Google customer service platform determines an estimated wait time that the caller will remain in a queue before the agent can take the call (e.g. to prioritize urgent communications).<br><br>**Contact Center AI reimagines the customer experience through full end-to-end platform expansion** |

7

| | |
|---|---|
| | > Providing best-in-class customer service is crucial for the success of your business. Contact centers are a critical touch point, as they have to balance between representing your brand and prioritizing customer care. When your customers seek help and support, they expect efficient service that is accessible through modern voice and digital channels. In short, customer expectations are increasing—and that's a problem if your contact center infrastructure and solutions are becoming outdated.<br><br>Source: Google Cloud Blog |
| estimating an expected economic value to be obtained by associating each respective communication with each respective available resource, dependent on at least the score and a respective | The Google customer service platform estimates an expected economic value to be obtained by associating each respective communication with each respective available resource. The estimated economic value is dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource.<br><br>For example, for a given call, the Google customer service platform determines, from the group of available agents, an appropriate agent for handling the call. This determination is dependent on the estimated wait time before the call is routed to the particular agent and how well the requirements of the call match the skill profile of the particular agent. |

| | |
|---|---|
| communication-content dependent value function of an outcome of a respective communication associated with a respective available resource; and | **Google Cloud Customer Care**<br><br>Check our support self-serve options or get unlimited access to technical support. Choose the service that's right for your organization. Sign up now or contact sales.<br><br>Sign up    Contact sales<br><br>Source: Support Hub \| Google Cloud<br><br>**Contact Center AI (CCAI) Platform**<br><br>Delight your customers while lowering your costs with a turnkey omnichannel contact center native to the cloud.<br><br>A Contact Center as a Service (CCaaS) solution that offers security and privacy, along with unified data. |

**Provides intelligent customer experience across channels and devices**

Manage multiple channels, large volume of interactions, complexity of interactions and agent workforce challenges all in a single platform.

**Multimodal, omnichannel customer experience**

Web and mobile SDKs (iOs and Android) embed the support experience across all channels (VoIP) via WebRTC and PSTN, chat, and SMS for consistent customer experience across all devices.

**Reduce costs by improving operational efficiency**

Platform simplification enables reduction in agent training time, turning agents from a cost center to revenue generators faster. One system of record to action insights, makes agent productivity higher.

> **AI-Driven Routing**
>
> AI powered operations for contact deflection, predictive routing, agent productivity and operational efficiency. Reduce handle time by providing deep interaction context and turn-by-turn guidance on the conversation flow based on customer intent.

> Decrease interaction volume with predictive AI driven routing. Agents are enabled with insights and can respond faster with automated responses using Contact Center AI building blocks.

Source: Contact Center AI (CCAI) Platform | Google Cloud

- Provide customers with self-service via web or mobile interfaces using Visual Interactive Voice Response (IVR).
- Predict customer needs and route calls appropriately with AI-driven routing, based on both historical CRM data and real-time interactions;

11

| | |
|---|---|
| | All of these factors are why today, we're announcing Google Cloud Contact Center AI Platform, an expansion to Contact Center AI that offers an out-of-box, end-to-end solution for the contact center. It brings together the advantages of AI, cloud scalability, multi-experience capabilities, and tight integration with customer relationship management (CRM) platforms to unify sales, marketing, and support teams around data across the customer journey.

The addition of Contact Center AI Platform provides your partners the ability to integrate with Contact Center AI, so you can enjoy a more seamless experience operating your customer service center, with a complete view of the customer in a single workspace that includes real-time AI intelligence, native agent call controls, and real-time call transcription. For example, we are expanding our partnership with Salesforce to integrate Contact Center AI with Service Cloud Voice to deliver a unified Service Cloud agent console and Customer 360.

Source: Google Cloud Blog |
| assigning each of the plurality of respective communications | The Google customer service platform assigns each of the multiple respective communications to one of the multiple resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource. |

| | |
|---|---|
| to one of the plurality of resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource. | For example, based on the estimated expected economic value by Customer satisfaction (CSAT) survey, the Google Customer Service system selects a call center agent to handle the call and connects that agent with the caller.<br><br><br><br>Source: Support Hub \| Google Cloud |

> **Provides intelligent customer experience across channels and devices**
>
> Manage multiple channels, large volume of interactions, complexity of interactions and agent workforce challenges all in a single platform.
>
> **Multimodal, omnichannel customer experience**
>
> Web and mobile SDKs (iOs and Android) embed the support experience across all channels (VoIP) via WebRTC and PSTN, chat, and SMS for consistent customer experience across all devices.

> **Reduce costs by improving operational efficiency**
>
> Platform simplification enables reduction in agent training time, turning agents from a cost center to revenue generators faster. One system of record to action insights, makes agent productivity higher.

### AI-Driven Routing

AI powered operations for contact deflection, predictive routing, agent productivity and operational efficiency. Reduce handle time by providing deep interaction context and turn-by-turn guidance on the conversation flow based on customer intent.

Decrease interaction volume with predictive AI driven routing. Agents are enabled with insights and can respond faster with automated responses using Contact Center AI building blocks.

### Supercharging the customer and agent experience

**Increase CSAT**

Modern digital and in-app experiences, eliminating channel switching between voice, digital, and AI-powered self-service. Fully supported engagement across apps, digital touchpoints with preserved context.

**Achieve high agent satisfaction**

Decrease interaction volume with predictive AI driven routing. Agents are enabled with insights and can respond faster with automated responses using Contact Center AI building blocks.

**Reduce costs by improving operational efficiency**

Platform simplification enables reduction in agent training time, turning agents from a cost center to revenue generators faster. One system of record to action insights, makes agent productivity higher.

Source: Contact Center AI (CCAI) Platform | Google Cloud

|  |  |
|---|---|
|  | - Provide customers with self-service via web or mobile interfaces using Visual Interactive Voice Response (IVR).<br><br>- Predict customer needs and route calls appropriately with AI-driven routing, based on both historical CRM data and real-time interactions;<br><br>All of these factors are why today, we're announcing Google Cloud Contact Center AI Platform, an expansion to Contact Center AI that offers an out-of-box, end-to-end solution for the contact center. It brings together the advantages of AI, cloud scalability, multi-experience capabilities, and tight integration with customer relationship management (CRM) platforms to unify sales, marketing, and support teams around data across the customer journey. |

> The addition of Contact Center AI Platform provides your partners the ability to integrate with Contact Center AI, so you can enjoy a more seamless experience operating your customer service center, with a complete view of the customer in a single workspace that includes real-time AI intelligence, native agent call controls, and real-time call transcription. For example, we are expanding our partnership with Salesforce to integrate Contact Center AI with Service Cloud Voice to deliver a unified Service Cloud agent console and Customer 360.

Source: Google Cloud Blog