Exhibit 8.2

**Infringement Claim Chart for U.S. Pat. No. US10491748B1 v. YouTube ("Defendant")**

| Claim11 | Evidence |
|---|---|
| 11. A method for assigning communications, comprising: | The YouTube customer service platform performs a method for assigning communications.<br><br>For example, the YouTube customer service platform assigns incoming calls (including SMS and live chats) to call center agents.<br><br> |



Source: How to Contact YouTube TV Customer Support in 60 Seconds! - YouTube

| | |
|---|---|
| | The Google Cloud Contact Center AI platform is built to automate customer interactions. The platform uses natural language processing and machine learning algorithms to identify and resolve customer issues.<br><br>The platform can handle a large number of interactions and can be used to provide support for a variety of customer types, including phone, chat, and email. Google Cloud Contact Center AI can also identify and resolve customer issues remotely.<br><br>Google Cloud Messaging (GCM) is a messaging service that allows applications to send and receive messages. GCM uses the same message transport and message queuing as Google's other messaging services, such as Gmail, YouTube, and Google Hangouts. The service is available in the Google Cloud Platform and can be used by both managed and unmanaged applications.<br><br>Source: How does Google Cloud Contact Center AI work? - WebsiteBuilderInsider.com |
| receiving a plurality of respective communications for association with a respective resource selected from a plurality of resources; | The YouTube customer service platform receives multiple respective communications that are to be associated with a respective resource selected from multiple resources.<br><br>For example, the YouTube customer service platform receives multiple incoming calls (e.g. including phone calls, SMS and live chats) from customers requesting support or information. Each incoming call is to be assigned, by the customer service platform, to a call center agent who can help the customer with the customer's request. |





Source: How to Contact YouTube TV Customer Support in 60 Seconds! - YouTube

The Google Cloud Contact Center AI platform is built to automate customer interactions. The platform uses natural language processing and machine learning algorithms to identify and resolve customer issues.

The platform can handle a large number of interactions and can be used to provide support for a variety of customer types, including phone, chat, and email. Google Cloud Contact Center AI can also identify and resolve customer issues remotely.

| | |
|---|---|
| | Google Cloud Messaging (GCM) is a messaging service that allows applications to send and receive messages. GCM uses the same message transport and message queuing as Google's other messaging services, such as Gmail, YouTube, and Google Hangouts. The service is available in the Google Cloud Platform and can be used by both managed and unmanaged applications.<br><br>Source: How does Google Cloud Contact Center AI work? - WebsiteBuilderInsider.com |
| identifying a plurality of resources available for association with a respective communication and capable of handling the respective communication, each available resource having a limited quantitative capacity for association with multiple communications and an availability state; | The YouTube customer service platform identifies multiple resources that are available for association with a respective communication and are capable of handling the respective communication. Each available resource has a limited quantitative capacity for association with multiple communications and an availability state.<br><br>For example, the CCAI Platform i.e., YouTube customer service platform uses one or more of interactive voice response (e.g. language), caller identification (e.g. user account profile) and customer relationship management information to determine the nature of a call and thereby, the required skill of a call center agent to handle the call. Based on the required skill set, the customer service platform identifies call center agents (i.e. resources) who possess the skill set and are therefore capable of handling the call. Those identified agents who are immediately, or will soon be, available to handle the call are deemed by the customer service platform to be available to handle the call. Each call center agent is typically handling only one call at any moment but can be assigned to multiple calls that are waiting in a queue, the size of which is dependent on various factors (e.g. call volume during peak season). |





Source: How to Contact YouTube TV Customer Support in 60 Seconds! - YouTube

| | |
|---|---|
| | The Google Cloud Contact Center AI platform is built to automate customer interactions. The platform uses natural language processing and machine learning algorithms to identify and resolve customer issues.<br><br>The platform can handle a large number of interactions and can be used to provide support for a variety of customer types, including phone, chat, and email. Google Cloud Contact Center AI can also identify and resolve customer issues remotely.<br><br>Google Cloud Messaging (GCM) is a messaging service that allows applications to send and receive messages. GCM uses the same message transport and message queuing as Google's other messaging services, such as Gmail, YouTube, and Google Hangouts. The service is available in the Google Cloud Platform and can be used by both managed and unmanaged applications.<br><br>Source: How does Google Cloud Contact Center AI work? - WebsiteBuilderInsider.com |
| calculating a respective score associated with each available resource dependent on the availability state of a respective available resource; | The YouTube customer service platform calculates a respective score associated with each available resource dependent on the availability state of a respective available resource.<br><br>For example, for each available agent, the YouTube customer service platform determines an estimated wait time that the caller will remain in a queue i.e., wait time before the agent can take the call (e.g. to prioritize urgent communications). |





Source: How to Contact YouTube TV Customer Support in 60 Seconds! - YouTube

| | |
|---|---|
| | The Google Cloud Contact Center AI platform is built to automate customer interactions. The platform uses natural language processing and machine learning algorithms to identify and resolve customer issues.<br><br>The platform can handle a large number of interactions and can be used to provide support for a variety of customer types, including phone, chat, and email. Google Cloud Contact Center AI can also identify and resolve customer issues remotely.<br><br>Google Cloud Messaging (GCM) is a messaging service that allows applications to send and receive messages. GCM uses the same message transport and message queuing as Google's other messaging services, such as Gmail, YouTube, and Google Hangouts. The service is available in the Google Cloud Platform and can be used by both managed and unmanaged applications.<br><br>Source: How does Google Cloud Contact Center AI work? - WebsiteBuilderInsider.com |
| estimating an expected economic value to be obtained by associating each respective communication with each respective available resource, dependent on at least the score and a respective communication- | The YouTube customer service platform estimates an expected economic value to be obtained by associating each respective communication with each respective available resource. The estimated economic value is dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource.<br><br>For example, for a given call, the YouTube customer service platform determines, from the group of available agents, an appropriate agent for handling the call. This determination is dependent on the estimated wait time before the call is routed to the particular agent and how well the requirements of the call match the skill profile of the particular agent. |

| content dependent value function of an outcome of a respective communication associated with a respective available resource; and |  |
|---|---|



Source: How to Contact YouTube TV Customer Support in 60 Seconds! - YouTube

The Google Cloud Contact Center AI platform is built to automate customer interactions. The platform uses natural language processing and machine learning algorithms to identify and resolve customer issues.

The platform can handle a large number of interactions and can be used to provide support for a variety of customer types, including phone, chat, and email. Google Cloud Contact Center AI can also identify and resolve customer issues remotely.

Google Cloud Messaging (GCM) is a messaging service that allows applications to send and receive messages. GCM uses the same message transport and message queuing as Google's other messaging services, such as Gmail, YouTube, and Google Hangouts. The service is available in the Google Cloud Platform and can be used by both managed and unmanaged applications.

Source: How does Google Cloud Contact Center AI work? - WebsiteBuilderInsider.com

## Contact Center AI (CCAI) Platform

Delight your customers while lowering your costs with a turnkey omnichannel contact center native to the cloud.

A Contact Center as a Service (CCaaS) solution that offers security and privacy, along with unified data.

| | |
|---|---|
| | **Reduce costs by improving operational efficiency**<br><br>Platform simplification enables reduction in agent training time, turning agents from a cost center to revenue generators faster. One system of record to action insights, makes agent productivity higher.<br><br>Source: [Contact Center AI (CCAI) Platform  \|  Google Cloud](#) |
| assigning each of the plurality of respective communications to one of the plurality of resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource. | The YouTube customer service platform assigns each of the multiple respective communications to one of the multiple resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource.<br><br>For example, based on the estimated expected economic value by Customer satisfaction (CSAT) survey, the YouTube Customer Service system selects a call center agent to handle the call and connects that agent with the caller. |





Source: How to Contact YouTube TV Customer Support in 60 Seconds! - YouTube

The Google Cloud Contact Center AI platform is built to automate customer interactions. The platform uses natural language processing and machine learning algorithms to identify and resolve customer issues.

The platform can handle a large number of interactions and can be used to provide support for a variety of customer types, including phone, chat, and email. Google Cloud Contact Center AI can also identify and resolve customer issues remotely.

Google Cloud Messaging (GCM) is a messaging service that allows applications to send and receive messages. GCM uses the same message transport and message queuing as Google's other messaging services, such as Gmail, YouTube, and Google Hangouts. The service is available in the Google Cloud Platform and can be used by both managed and unmanaged applications.

Source: How does Google Cloud Contact Center AI work? - WebsiteBuilderInsider.com

### Contact Center AI (CCAI) Platform

Delight your customers while lowering your costs with a turnkey omnichannel contact center native to the cloud.

A Contact Center as a Service (CCaaS) solution that offers security and privacy, along with unified data.

**Reduce costs by improving operational efficiency**

Platform simplification enables reduction in agent training time, turning agents from a cost center to revenue generators faster. One system of record to action insights, makes agent productivity higher.

**Supercharging the customer and agent experience**

**Increase CSAT**

Modern digital and in-app experiences, eliminating channel switching between voice, digital, and AI-powered self-service. Fully supported engagement across apps, digital touchpoints with preserved context.

**Achieve high agent satisfaction**

Decrease interaction volume with predictive AI driven routing. Agents are enabled with insights and can respond faster with automated responses using Contact Center AI building blocks.

**Reduce costs by improving operational efficiency**

Platform simplification enables reduction in agent training time, turning agents from a cost center to revenue generators faster. One system of record to action insights, makes agent productivity higher.

Source: Contact Center AI (CCAI) Platform  |  Google Cloud