# Exhibit 10

| Infringement Claim Chart for U.S. Pat. No. US7269253B1 v. Google ("Defendant") ||
|---|---|
| **Claim 10** | **Evidence** |
| 10. A communications method comprising: | The Google Customer Service performs a method for communicating in a communication network.<br><br>For Example, Google Customer Service performs a method of communicating by establishing, over a communication network, a call between callers with a request to the appropriate department for assistance.<br><br>Source: Contact us for help and office location guidance - Google (about.google)<br><br>Source: Google Help |





Source: Contact Us | Google Cloud

| (a) receiving a plurality of communications, each having associated | The Google Customer Service receives a plurality of communications, each having associated classification information.<br><br>For example, Google Customer Service receives calls from multiple callers. For each call, a user provides information about the nature of the call by selecting the appropriate |
|---|---|

| classification information; | department from the given choices. The responses are used to classify the call. ![Hi, how can we help? Help and support. Have questions or need to report an issue with a Google product or service? We've got you covered. Get support] Source: Contact us for help and office location guidance - Google (about.google) ![How can we help you today? Talk to a Google Cloud sales specialist. Chat online with us — Chat online with the Google Cloud sales team, available Monday, 9 AM ET, through Friday, 7 PM ET. Start chat. Request a call back — Fill out the contact form with your information, and we'll get back to you shortly. Go to contact form] |
|---|---|

| | |
|---|---|
| | <br><br>Source: Contact Us \| Google Cloud |
| (b) storing information representing characteristics of at least three | The Google Customer Service maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, Google Customer Service records i.e., stores information about the skill set |

| | |
|---|---|
| potential targets; and | possessed by agents who are potential targets of the call. Google employs numerous agents, at least three of which possess the skill set required by the call.<br><br><br><br>Source: Contact us for help and office location guidance - Google (about.google) |

# How can we help you today?

Talk to a Google Cloud sales specialist

### Chat online with us

Chat online with the Google Cloud sales team, available Monday, 9 AM ET, through Friday, 7 PM ET.

Start chat

### Request a call back

Fill out the contact form with your information, and we'll get back to you shortly.

Go to contact form



Source: Contact Us | Google Cloud

| | |
|---|---|
| | **Contact Center AI (CCAI) Platform**<br><br>Delight your customers while lowering your costs with a turnkey omnichannel contact center native to the cloud.<br><br>A Contact Center as a Service (CCaaS) solution that offers security and privacy, along with unified data.<br><br>**Reduce costs by improving operational efficiency**<br><br>Platform simplification enables reduction in agent training time, turning agents from a cost center to revenue generators faster. One system of record to action insights, makes agent productivity higher.<br><br>Source: Contact Center AI (CCAI) Platform \| Google Cloud |
| (c) determining, in a combinatorial optimization, an optimum target for each communication based on the communication classification, and target | The Google Customer Service determines an optimum target for each communication based on the communication classification and target characteristics using a combinatorial optimization comparing at least three potential targets.<br><br>For example, Google Customer Service analyses the caller selection to determine one or more skills that an agent who is selected to receive the call should have in order to provide the caller with the requested assistance. The system analyses the native agent to control calls using Contact Center AI Platform (i.e., a combinatorial optimization). |

| characteristics. | Source: Contact us for help and office location guidance - Google (about.google) |
|---|---|

# How can we help you today?

Talk to a Google Cloud sales specialist

### Chat online with us

Chat online with the Google Cloud sales team, available Monday, 9 AM ET, through Friday, 7 PM ET.

Start chat

### Request a call back

Fill out the contact form with your information, and we'll get back to you shortly.

Go to contact form



Source: Contact Us | Google Cloud

## Contact Center AI (CCAI) Platform

Delight your customers while lowering your costs with a turnkey omnichannel contact center native to the cloud.

A Contact Center as a Service (CCaaS) solution that offers security and privacy, along with unified data.

**Reduce costs by improving operational efficiency**

Platform simplification enables reduction in agent training time, turning agents from a cost center to revenue generators faster. One system of record to action insights, makes agent productivity higher.

Source: Contact Center AI (CCAI) Platform | Google Cloud

The addition of Contact Center AI Platform provides your partners the ability to integrate with Contact Center AI, so you can enjoy a more seamless experience operating your customer service center, with a complete view of the customer in a single workspace that includes real-time AI intelligence, native agent call controls, and real-time call transcription. For example, we are expanding our partnership with Salesforce to integrate Contact Center AI with Service Cloud Voice to deliver a unified Service Cloud agent console and Customer 360.

| | |
|---|---|
| | Source: [Google announces new Cloud Contact Center AI Platform | Google Cloud Blog](#) |