# Exhibit 11

Infringement Claim Chart for U.S. Pat. No. US8831205B1 Vs YouTube ("Defendant")

| Claim7 | Evidence |
|---|---|
| 7) A method for defining mutually exclusive communication channels between users, comprising: | The YouTube platform with system-generated follow recommendations performs a method for defining mutually exclusive communication channels between users.<br><br>For example, the platform automatically generates follow recommendations based on user profiles. There are different types of follow recommendations including a connection with another user via that user's channel. Each such follow recommendation is unique and therefore mutually exclusive from all others. Each follow recommendation is delivered to the user for whom the recommendation is made, thereby defining a mutually exclusive communication channel between that user and the other user.<br><br>> YouTube is a website designed for sharing video. Millions of users around the world have created accounts on the site that allow them to upload videos that anyone can watch. Every minute of every day, more than 35 hours of video is uploaded to YouTube.<br>> <br>> Video files can be very large and are often too big to send to someone else by email. By posting a video on YouTube, you can share a video simply by sending the other person a url 'link' – that is, the 'address' of the relevant internet page.<br><br>Source: https://www.digitalunite.com/tv-video/youtube/what-youtube<br><br>> YouTube is a free **video sharing website** that makes it easy to watch online videos. You can even create and upload your own videos to share with others. Originally created in 2005, YouTube is now one of the most popular sites on the Web, with visitors watching around **6 billion hours** of video every month.<br><br>Source: https://edu.gcfglobal.org/en/youtube/what-is-youtube/1/# |

1

> Recommendations help you discover more of the videos that you love, whether it's a great new recipe to try or your next favourite song. We share recommendations both on YouTube's homepage and in the 'Up next' section as a suggestion of what to watch next when you're watching a video. We're constantly testing, learning and adjusting to recommend videos that are relevant to you. We take into account many signals, including your watch and search history (if enabled) as well as the channels that you've subscribed to. We also consider your context, such as your country and time of day. For example, this helps us show you locally relevant news.

Source: https://www.youtube.com/intl/ALL_in/howyoutubeworks/product-features/recommendations/

> Another factor that YouTube's recommendation systems consider is whether others who clicked on the same video watched it to completion – a sign that the video is higher quality or enjoyable – or just clicked on it and shortly after starting to view the video, clicked away. We also ask users directly about their experience with individual videos and our recommendation systems using random surveys that appear on their homepage and elsewhere throughout the app. We use this direct feedback to fine-tune and improve these systems for all users.

Source: https://www.youtube.com/intl/ALL_in/howyoutubeworks/product-features/recommendations/

> To provide such custom curation, our recommendation system doesn't operate off of a "recipe book" of what to do. It's constantly evolving, learning every day from over 80 billion pieces of information we call signals. That's why providing more transparency isn't as simple as listing a formula for recommendations, but involves understanding all the data that feeds into our system. A number of signals build on each other to help inform our system about what you find satisfying: clicks, watchtime, survey responses, sharing, likes, and dislikes.

Source: https://blog.youtube/inside-youtube/on-youtubes-recommendation-system/

> Clicks, views, watchtime, user surveys, shares, likes and dislikes work great for driving recommendations for topics like music and entertainment—what most people come to YouTube to watch. But over the years, a growing number of viewers have come to YouTube for news and information. Whether it's the latest breaking news or complex scientific studies, these topics are where the quality of information and context matter most. Someone may report that they're very satisfied by videos that claim "the Earth is flat," but that doesn't mean we want to recommend this type of low-quality content.

Source: https://blog.youtube/inside-youtube/on-youtubes-recommendation-system/

| | |
|---|---|
| | • **Sharing, Likes, Dislikes:** On average, people are more likely to be satisfied by videos that they share or like. Our system uses this information to try to predict the likelihood that you will share or like further videos. If you dislike a video, that's a signal that it probably wasn't something you enjoyed watching.<br><br>Source: https://blog.youtube/inside-youtube/on-youtubes-recommendation-system/<br><br>YouTube's search algorithm prioritizes the following elements:<br><br>• **Relevance:** The YouTube algorithm tries to match factors like title, tags, content, and description to your search query.<br>• **Engagement:** Signals include watch time and watch percentage, as well as likes, comments, and shares.<br>• **Quality:** To evaluate quality, the algorithm looks at signals to determine the channel's authority and trustworthiness on a given topic.<br>• **User search and watch history:** What have you enjoyed or viewed in the past? This will impact which search results the YouTube algorithm will assume will be helpful.<br><br>Source: https://blog.hootsuite.com/how-the-youtube-algorithm-works/#How_YouTube_determines_the_algorithm |
| a) maintaining a plurality of | The YouTube platform with system-generated follow recommendations maintains a plurality of user profiles for a plurality of users, each user profile comprising a plurality |

| | |
|---|---|
| user profiles for a plurality of users, each user profile comprising a plurality of user characteristics; | of user characteristics.<br><br>For example, the platform maintains a profile for each user. The profile includes user characteristics entered by the user such as the user's name, photo, YouTube handle, logo, and country location. The profile can also include system-derived characteristics of the user based on the user's past use of the platform such as the user's watch and search history, the channels the users subscribes to, and the content that the user has liked and disliked.<br><br><br><br>Source: https://blog.hootsuite.com/how-to-create-a-youtube-account-channel/ |

> **Step 3: Customize your channel**
>
> Enter your name and YouTube handle, and upload a profile photo — this is how you'll appear on the site to others, so you may want to use a brand name and logo here.

Source: https://blog.hootsuite.com/how-to-create-a-youtube-account-channel/

> YouTube is a website designed for sharing video. Millions of users around the world have created accounts on the site that allow them to upload videos that anyone can watch. Every minute of every day, more than 35 hours of video is uploaded to YouTube.
>
> Video files can be very large and are often too big to send to someone else by email. By posting a video on YouTube, you can share a video simply by sending the other person a url 'link' – that is, the 'address' of the relevant internet page.

Source: https://www.digitalunite.com/tv-video/youtube/what-youtube

> - **Sharing, Likes, Dislikes:** On average, people are more likely to be satisfied by videos that they share or like. Our system uses this information to try to predict the likelihood that you will share or like further videos. If you dislike a video, that's a signal that it probably wasn't something you enjoyed watching.

Source: https://blog.youtube/inside-youtube/on-youtubes-recommendation-system/

|  | > Recommendations help you discover more of the videos that you love, whether it's a great new recipe to try or your next favourite song. We share recommendations both on YouTube's homepage and in the 'Up next' section as a suggestion of what to watch next when you're watching a video. We're constantly testing, learning and adjusting to recommend videos that are relevant to you. We take into account many signals, including your watch and search history (if enabled) as well as the channels that you've subscribed to. We also consider your context, such as your country and time of day. For example, this helps us show you locally relevant news.<br><br>Source: https://www.youtube.com/intl/ALL_in/howyoutubeworks/product-features/recommendations/<br><br>> Another factor that YouTube's recommendation systems consider is whether others who clicked on the same video watched it to completion – a sign that the video is higher quality or enjoyable – or just clicked on it and shortly after starting to view the video, clicked away. We also ask users directly about their experience with individual videos and our recommendation systems using random surveys that appear on their homepage and elsewhere throughout the app. We use this direct feedback to fine-tune and improve these systems for all users.<br><br>Source: https://www.youtube.com/intl/ALL_in/howyoutubeworks/product-features/recommendations/ |
| --- | --- |
| b) receiving a plurality of | The YouTube platform with system-generated follow recommendations receives a plurality of requests for mutually exclusive communication channels among respective |

| | |
|---|---|
| requests for mutually exclusive communication channels among respective users from the plurality of users; | users from the plurality of users.<br><br>For example, when a user submits a completed profile, that submission represents a request from the user for the platform to automatically generate, for the user, at least one follow recommendation. The follow recommendation represents a mutually exclusive communication channel between two users that are the subject of the follow recommendation. The platform has multiple users and therefore receives a plurality of such requests.<br><br><br><br>Source: https://blog.hootsuite.com/how-to-create-a-youtube-account-channel/ |

> **Step 3: Customize your channel**
>
> Enter your name and YouTube handle, and upload a profile photo — this is how you'll appear on the site to others, so you may want to use a brand name and logo here.

Source: https://blog.hootsuite.com/how-to-create-a-youtube-account-channel/

> YouTube is a website designed for sharing video. Millions of users around the world have created accounts on the site that allow them to upload videos that anyone can watch. Every minute of every day, more than 35 hours of video is uploaded to YouTube.
>
> Video files can be very large and are often too big to send to someone else by email. By posting a video on YouTube, you can share a video simply by sending the other person a url 'link' – that is, the 'address' of the relevant internet page.

Source: https://www.digitalunite.com/tv-video/youtube/what-youtube

> - **Sharing, Likes, Dislikes:** On average, people are more likely to be satisfied by videos that they share or like. Our system uses this information to try to predict the likelihood that you will share or like further videos. If you dislike a video, that's a signal that it probably wasn't something you enjoyed watching.

Source: https://blog.youtube/inside-youtube/on-youtubes-recommendation-system/

| | |
|---|---|
| | Recommendations help you discover more of the videos that you love, whether it's a great new recipe to try or your next favourite song. We share recommendations both on YouTube's homepage and in the 'Up next' section as a suggestion of what to watch next when you're watching a video. We're constantly testing, learning and adjusting to recommend videos that are relevant to you. We take into account many signals, including your watch and search history (if enabled) as well as the channels that you've subscribed to. We also consider your context, such as your country and time of day. For example, this helps us show you locally relevant news.<br><br>Source: https://www.youtube.com/intl/ALL_in/howyoutubeworks/product-features/recommendations/<br><br>Another factor that YouTube's recommendation systems consider is whether others who clicked on the same video watched it to completion – a sign that the video is higher quality or enjoyable – or just clicked on it and shortly after starting to view the video, clicked away. We also ask users directly about their experience with individual videos and our recommendation systems using random surveys that appear on their homepage and elsewhere throughout the app. We use this direct feedback to fine-tune and improve these systems for all users.<br><br>Source: https://www.youtube.com/intl/ALL_in/howyoutubeworks/product-features/recommendations/ |
| c) performing a | The YouTube platform with system-generated follow recommendations performs a |

| | |
|---|---|
| combinatorial optimization with an automated processor, to predict a net benefit of the mutually exclusive communication channels between respective users of the plurality of users, with respect to an optimization criteria representing a net value of each respective mutually exclusive communication channel for a plurality of mutually exclusive communication channels, based | combinatorial optimization with an automated processor, to predict a net benefit of the mutually exclusive communication channels between respective users of the plurality of users, for optimization criteria representing a net value of each respective mutually exclusive communication channel for a plurality of mutually exclusive communication channels, based on at least the plurality of user profiles.<br><br>For example, as an algorithm-assisted social media platform, YouTube strives to provide follow recommendations that will be seen as favorable to as many users of the platform as possible. This means that, as optimization criteria, the platform seeks to maximize the overall value, or net benefit, of follow recommendations that are presented to the users of the platform. The value of each follow recommendation is based on the characteristics in the user profiles of the users that are the subject of that follow recommendation. A processor in the platform determines, for each potential follow recommendation, a net value of the potential follow recommendation. To meet the optimization criteria, the platform selects, from the potential follow recommendations, a set of follow recommendations to present to the users that have a maximum net benefit to the users of the platform.<br><br>YouTube is a website designed for sharing video. Millions of users around the world have created accounts on the site that allow them to upload videos that anyone can watch. Every minute of every day, more than 35 hours of video is uploaded to YouTube.<br><br>Video files can be very large and are often too big to send to someone else by email. By posting a video on YouTube, you can share a video simply by sending the other person a url 'link' – that is, the 'address' of the relevant internet page.<br><br>Source: https://www.digitalunite.com/tv-video/youtube/what-youtube |

| | |
|---|---|
| on at least the plurality of user profiles; and | - **Sharing, Likes, Dislikes:** On average, people are more likely to be satisfied by videos that they share or like. Our system uses this information to try to predict the likelihood that you will share or like further videos. If you dislike a video, that's a signal that it probably wasn't something you enjoyed watching.<br><br>Source: https://blog.youtube/inside-youtube/on-youtubes-recommendation-system/<br><br>YouTube's search algorithm prioritizes the following elements:<br><br>- **Relevance:** The YouTube algorithm tries to match factors like title, tags, content, and description to your search query.<br>- **Engagement:** Signals include watch time and watch percentage, as well as likes, comments, and shares.<br>- **Quality:** To evaluate quality, the algorithm looks at signals to determine the channel's authority and trustworthiness on a given topic.<br>- **User search and watch history:** What have you enjoyed or viewed in the past? This will impact which search results the YouTube algorithm will assume will be helpful.<br><br>Source: https://blog.hootsuite.com/how-the-youtube-algorithm-works/#How_YouTube_determines_the_algorithm |

| | |
|---|---|
| | > Recommendations help you discover more of the videos that you love, whether it's a great new recipe to try or your next favourite song. We share recommendations both on YouTube's homepage and in the 'Up next' section as a suggestion of what to watch next when you're watching a video. We're constantly testing, learning and adjusting to recommend videos that are relevant to you. We take into account many signals, including your watch and search history (if enabled) as well as the channels that you've subscribed to. We also consider your context, such as your country and time of day. For example, this helps us show you locally relevant news.<br><br>Source: https://www.youtube.com/intl/ALL_in/howyoutubeworks/product-features/recommendations/<br><br>> Another factor that YouTube's recommendation systems consider is whether others who clicked on the same video watched it to completion – a sign that the video is higher quality or enjoyable – or just clicked on it and shortly after starting to view the video, clicked away. We also ask users directly about their experience with individual videos and our recommendation systems using random surveys that appear on their homepage and elsewhere throughout the app. We use this direct feedback to fine-tune and improve these systems for all users.<br><br>Source: https://www.youtube.com/intl/ALL_in/howyoutubeworks/product-features/recommendations/ |
| d) storing in a | The YouTube platform with system-generated follow recommendations stores in a |

| | |
|---|---|
| memory a description of an optimum set of mutually exclusive communication channels. | memory a description of an optimum set of mutually exclusive communication channels.<br><br>For example, for a user to access the system-generated follow recommendations that the platform has selected to present to the user when the user logs into the platform, the platform stores these follow recommendations in a memory associated with the platform. This is done for all users of the platform, which means that the entire set of system-generated follow recommendations that the platform has selected to meet the optimization criteria are stored.<br><br>YouTube is a website designed for sharing video. Millions of users around the world have created accounts on the site that allow them to upload videos that anyone can watch. Every minute of every day, more than 35 hours of video is uploaded to YouTube.<br><br>Video files can be very large and are often too big to send to someone else by email. By posting a video on YouTube, you can share a video simply by sending the other person a url 'link' – that is, the 'address' of the relevant internet page.<br><br>Source: https://www.digitalunite.com/tv-video/youtube/what-youtube<br><br>YouTube is a free **video sharing website** that makes it easy to watch online videos. You can even create and upload your own videos to share with others. Originally created in 2005, YouTube is now one of the most popular sites on the Web, with visitors watching around **6 billion hours** of video every month.<br><br>Source: https://edu.gcfglobal.org/en/youtube/what-is-youtube/1/# |



Source: https://blog.hootsuite.com/how-to-create-a-youtube-account-channel/

> **Step 3: Customize your channel**
>
> Enter your name and YouTube handle, and upload a profile photo — this is how you'll appear on the site to others, so you may want to use a brand name and logo here.

Source: https://blog.hootsuite.com/how-to-create-a-youtube-account-channel/

> YouTube is a website designed for sharing video. Millions of users around the world have created accounts on the site that allow them to upload videos that anyone can watch. Every minute of every day, more than 35 hours of video is uploaded to YouTube.
>
> Video files can be very large and are often too big to send to someone else by email. By posting a video on YouTube, you can share a video simply by sending the other person a url 'link' – that is, the 'address' of the relevant internet page.

Source: https://www.digitalunite.com/tv-video/youtube/what-youtube

| | |
|---|---|
| | YouTube's search algorithm prioritizes the following elements:<br><br>- **Relevance:** The YouTube algorithm tries to match factors like title, tags, content, and description to your search query.<br>- **Engagement:** Signals include watch time and watch percentage, as well as likes, comments, and shares.<br>- **Quality:** To evaluate quality, the algorithm looks at signals to determine the channel's authority and trustworthiness on a given topic.<br>- **User search and watch history:** What have you enjoyed or viewed in the past? This will impact which search results the YouTube algorithm will assume will be helpful.<br><br>Source: https://blog.hootsuite.com/how-the-youtube-algorithm-works/#How_YouTube_determines_the_algorithm |

> Recommendations help you discover more of the videos that you love, whether it's a great new recipe to try or your next favourite song. We share recommendations both on YouTube's homepage and in the 'Up next' section as a suggestion of what to watch next when you're watching a video. We're constantly testing, learning and adjusting to recommend videos that are relevant to you. We take into account many signals, including your watch and search history (if enabled) as well as the channels that you've subscribed to. We also consider your context, such as your country and time of day. For example, this helps us show you locally relevant news.

Source: https://www.youtube.com/intl/ALL_in/howyoutubeworks/product-features/recommendations/

> Another factor that YouTube's recommendation systems consider is whether others who clicked on the same video watched it to completion – a sign that the video is higher quality or enjoyable – or just clicked on it and shortly after starting to view the video, clicked away. We also ask users directly about their experience with individual videos and our recommendation systems using random surveys that appear on their homepage and elsewhere throughout the app. We use this direct feedback to fine-tune and improve these systems for all users.

Source: https://www.youtube.com/intl/ALL_in/howyoutubeworks/product-features/recommendations/