Exhibit 12.2

**Infringement Claim Chart for U.S. Pat. No. US9456086B1 v. YouTube ("Defendant")**

| Claim11 | Evidence |
|---|---|
| 11. A method for matching a first entity with a second entity, comprising: | The YouTube Customer Service system with intelligent routing performs a method of matching a first entity with a second entity. <br><br> For example, the YouTube Customer Service system matches an incoming call, which is the first entity, to a call center agent, which is the second entity. <br><br>  <br><br> Source: How to Contact YouTube TV Customer Support in 60 Seconds! - YouTube |

| storing a plurality of multivalued scalar data representing inferential targeting parameters for the first entity; | The YouTube Customer Service system with intelligent routing stores a plurality of multivalued scalar data representing inferential targeting parameters for the first entity.<br><br>For example, the YouTube Customer Service system uses one or more of: interactive voice response (IVR), keypad menus, caller identification and customer relationship management (CRM) information to determine the nature of a call and thereby, the required characteristics of a call center agent to handle the call.  These required agent characteristics include one or more of skills and respective skill levels, the agent's location, prior call history with calls of the same nature. These required characteristics are represented by a plurality of multivalued scalar data, which is stored and used by the YouTube Customer Service system, as inferential, or intelligent, targeting parameters for routing the call to an appropriate call center agent.<br><br> |



Source: [How to Contact YouTube TV Customer Support in 60 Seconds! - YouTube](#)

| storing a plurality of | The YouTube Customer Service system with intelligent routing stores a plurality of multivalued scalar data of each of the plurality of second entities, representing |
|---|---|

| | |
|---|---|
| multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities; | inferential targeting parameters for a plurality of second entities.<br><br>For example, the YouTube Customer Service system stores the respective characteristics of multiple call center agents. These agent characteristics include one or more of skills and respective skill levels, the agent's location, and the agent's prior history with handling calls of a specific nature. The agent characteristics are represented by a plurality of multivalued scalar data and are used, by the YouTube Customer Service system, as inferential targeting parameters for routing the call to an appropriate call center agent.<br><br> |

4





Source: [How to Contact YouTube TV Customer Support in 60 Seconds! - YouTube](How to Contact YouTube TV Customer Support in 60 Seconds! - YouTube)

| performing using an automated processor, based on at least the stored plurality of multivalue scalar data, an economic optimization seeking to maximize a normalized economic | The YouTube Customer Service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued scalar data, an economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.

For example, based on the required agent characteristics for handing the call and the respective characteristics of multiple call center agents, the YouTube Customer Service system selects an appropriate agent for handling the call. This selection is made by making, for each of the multiple agents, a cost-benefit analysis of a prospective matching of the call with the particular agent. The cost-benefit for the prospective match is based, at least in part, on the required agent characteristics and the characteristics of the particular agent. This prospective match is mutually exclusive in the sense that the call is only assigned to the particular agent and the agent to this particular call for the |

| | |
|---|---|
| surplus of a respective mutually exclusive match of the first entity with the second entity, in conjunction with an opportunity cost of the unavailability of the second entity as a result of the match; and | duration of the call. Therefore, the cost-benefit analysis also accounts for the fact that the agent cannot handle other calls while handling this call. The agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called normalized economic surplus, is selected by the CCAI platform i.e., YouTube Customer Service system to handle the call.<br><br> |





Source: [How to Contact YouTube TV Customer Support in 60 Seconds! - YouTube](#)

The Google Cloud Contact Center AI platform is built to automate customer interactions. The platform uses natural language processing and machine learning algorithms to identify and resolve customer issues.

The platform can handle a large number of interactions and can be used to provide support for a variety of customer types, including phone, chat, and email. Google Cloud Contact Center AI can also identify and resolve customer issues remotely.

| | |
|---|---|
| | Google Cloud Messaging (GCM) is a messaging service that allows applications to send and receive messages. GCM uses the same message transport and message queuing as Google's other messaging services, such as Gmail, YouTube, and Google Hangouts. The service is available in the Google Cloud Platform and can be used by both managed and unmanaged applications.<br><br>Source: How does Google Cloud Contact Center AI work? - WebsiteBuilderInsider.com<br><br>**Contact Center AI (CCAI) Platform**<br><br>Delight your customers while lowering your costs with a turnkey omnichannel contact center native to the cloud.<br><br>A Contact Center as a Service (CCaaS) solution that offers security and privacy, along with unified data.<br><br>Reduce costs by improving operational efficiency<br><br>Platform simplification enables reduction in agent training time, turning agents from a cost center to revenue generators faster. One system of record to action insights, makes agent productivity higher.<br><br>Source: Contact Center AI (CCAI) Platform \| Google Cloud |
| outputting a signal in | The YouTube Customer Service system with intelligent routing outputs a signal in dependence on the optimization. |

| dependence on the optimization. | For example, the YouTube Customer Service system generates and outputs a signal for connecting the call with the matched agent, whereby the exact nature of the signal depends on the matched agent, so as to connect that agent to the call.<br><br> |
| --- | --- |





Source: [How to Contact YouTube TV Customer Support in 60 Seconds! - YouTube](#)