IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Patent Armory Inc.,** | Case No. 6:23-cv-575 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Google LLC,** | |
| Defendant. | |

### NOTICE OF RELATED CASE (Western District of Texas)

| Case Name | Case Number | Active Judge | Case Filing Date |
|---|---|---|---|
| Patent Armory Inc. v. OnePlus Technology (Shenzhen) Co., Ltd. | 6-23-cv-00327 | Alan D. Albright | 5/5/2023 |
| Patent Armory Inc. v. Booking Holdings Inc. | 6-23-cv-00540 | Alan D. Albright | 7/27/2023 |
| Patent Armory Inc. v. Meta Platforms, Inc. f/k/a Facebook, Inc. | 6-23-cv-00541 | Alan D. Albright | 7/27/2023 |
| Patent Armory Inc. v. Microsoft Corporation | 6-23-cv-00542 | Alan D. Albright | 7/27/2023 |

Dated: August 7, 2023                             Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
600 Mamaroneck Ave STE 400
Harrison, NY 10528
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff
Patent Armory Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on August 7, 2023 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff